■ In the Matter of WILLIAM Z. ROCKLAND COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MILLIE A.S., Appellant, et al., Respondent. [996 NYS2d 921]—Appeal from an order of fact-finding of the Family Court, Rockland County (William P. Warren, J.), dated September 13, 2013. The order, insofar as appealed from, after a fact-finding hearing, found that the mother permanently neglected the subject child.

Ordered that the appeal is dismissed, without costs or disbursements, as the order of fact-finding was superseded by an order of disposition dated October 24, 2013, and the portion of the order of fact-finding appealed from is brought up for review on the appellant's separate appeal from the order of disposition (*see Matter of William Z. [Millie A.S.]*, 123 AD3d 937 [2014] [decided herewith]). Mastro, J.P., Roman, Sgroi and Maltese, JJ., concur.